AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

ROBERT BROOKING, et al.

_Plaintiff_

v.

BAC Home Loan Servicing, LP, et al.

_Defendant_

Civil Action No. 1:10cv1360

2010 DEC -2  P 2: 37

CLER...
ALEXA...

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  BAC HOME LOAN SERVICING, LP,
6400 Legacy Drive
Plano, TX 75024

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kristi Cahoon Kelly, Esq.
Surovell Markle Isaacs & Levy, PLC
4010 University Drive
Suite 200
Fairfax, VA 22030

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

FERNANDO GALINDO, CLERK
_CLERK OF COURT_

Date: _____

_____
_Signature of Clerk or Deputy Clerk_

COPY

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

ROBERT BROOKING, et al.

*Plaintiff*

v.

Bank of America, N.A., et al.

*Defendant*

Civil Action No. 1:10cv1360

2010 DEC -2 P 2: 37

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Bank of America, N.A.
Serve:  CT Corporation System
Registered Agent
4701 Cox Road, Suite 301
Glen Allen, VA  23060

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kristi Cahoon Kelly, Esq.
Surovell Markle Isaacs & Levy, PLC
4010 University Drive
Suite 200
Fairfax, VA  22030

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

FERNANDO GALINDO, CLERK
*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*