IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ROBERT BROOKING, SUSAN BROOKING, CARRIE LEE ARTHUR, NICOLE SHARRETT, AISSATOU BALDE, AND AHMAD TAHERI GHOMI, *individually and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A., and BAC HOME LOAN SERVICING, LP,<br><br>Defendants. | Civil Action No. 1:10-cv-1360 (JCC/TCB) |

## CONSENT ORDER EXTENDING TIME TO RESPOND TO COMPLAINT

Pursuant to Local Rule 7(I), plaintiffs Robert Brooking, Susan Brooking, Carrie Lee Arthur, Nicole Sharrett, Aissatou Balde, and Ahmad Taheri Ghomi (collectively, "Plaintiffs"), by and through their undersigned counsel, and defendants Bank of America, N.A. and BAC Home Loans Servicing, LP (collectively, "Defendants"), by their undersigned counsel, hereby stipulate and agree to extend the time for Defendants to answer or otherwise respond to the Complaint up to and including January 26, 2011.

Defendants respectfully submit that good cause exists for the requested extension, as the Judicial Panel on Multidistrict Litigation has been notified that this case is a potential tag-along action to MDL No. 2193, currently pending in the United States District Court for the District of Massachusetts. The requested extension will conserve the resources of both the court system and the parties by preventing any duplication of effort should this action be transferred to that court

for coordinated pretrial proceedings.  In addition, the requested extension would permit Defendants to adequately investigate and respond to the allegations contained in the Complaint in this putative class action lawsuit.  No previous extensions have been requested.

IT IS SO ORDERED:

Dated: December 30th, 2010

_____/s/_____
James C. Cacheris
United States District Judge

_____
United States District Judge

WE ASK FOR THIS:

_Kcahonkelly_ (signature)

Kristi Cahoon Kelly (VA Bar #72791)
J. Chapman Petersen (VA Bar # 37225)
SUROVELL MARKLE
  ISAACS & LEVY PLC
4010 University Drive, 2nd Floor
Fairfax, VA 22030
(703) 277-9774

Leonard B. Bennett (VA Bar #37523)
CONSUMER LITIGATION
ASSOCIATES, P.C.
12515 Warwick Boulevard, Suite 201
Newport News, Virginia 23606
(757) 930-3660

*Attorneys for Plaintiffs*

_(signature) #73734_

Thomas M. Hefferon (VA Bar # 46284)
Matthew S. Sheldon (VA Bar # 73734)
GOODWIN PROCTER LLP
901 New York Ave., N.W.
Washington DC  20001
(202) 346-2000

*Attorneys for Defendant*

Dated:  December 22, 2010