**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| ROBERT BROOKING, et al., *Plaintiffs*, v. BANK OF AMERICA, N.A., et al., *Defendants*. | Civil Action No. 1:10cv1360 (JCC/TCB) |

## NOTICE OF APPEARANCE

Please enter the appearance of Anand V. Ramana (Virginia Bar No. 65852), and attorney with the law firm of McGuireWoods LLP, as lead counsel for Defendant Bank of America, N.A. and Defendant BAC Home Loan Servicing, LP in the above-captioned case.

Dated: May 7, 2013

Respectfully submitted,

**BANK OF AMERICA, N.A.**

**BAC HOME LOAN SERVICING, LP**

_____/s/_____
Anand V. Ramana (VSB No. 65852)
MCGUIREWOODS LLP
2001 K Street, N.W., Suite 400
Washington, D.C. 20036-5317
Tel: (202) 857-1734
Fax: (202) 828-2973
E-mail: aramana@mcguirewoods.com
*Counsel for Defendants Bank of America, N.A. and BAC Home Loan Servicing, LP*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of May, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will then send a notification of such filing (NEF) to the following:

Kristi Cahoon Kelly
Surovell Isaacs Petersen & Levy PLC
4010 University Dr
Suite 200
Fairfax, VA 22030
703-251-5400
Fax: 703-591-9285
Email: kkelly@siplfirm.com
*Counsel for Plaintiffs*

Matthew Stephen Sheldon
Goodwin Procter LLP
901 New York Ave NW
9th Floor East
Washington, DC 20001
202-346-2000
Email: msheldon@goodwinprocter.com
*Counsel for Defendants Bank of America, N.A.*
*and BAC Home Loan Servicing, LP*

/s/
Anand V. Ramana (VSB No. 65852)
MCGUIREWOODS LLP
2001 K Street, N.W., Suite 400
Washington, D.C. 20036-5317
Tel:  (202) 857-1734
Fax:  (202) 828-2973
E-mail: aramana@mcguirewoods.com