UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

**ROBERT BROOKING, SUSAN BROOKING,**
**CARRIE LEE ARTHUR, NICOLE SHARRETT,**
**AISSATOU BALDE, and AHMAD TAHERI GHOMI,**
*Individually, and on behalf of all others*
*similarly situated*,

      **Plaintiffs,**

v.                                                      Civil Action No: 1:10-cv-01360-JCC-TCB

**BANK OF AMERICA, N.A. and**
**BAC HOME LOAN SERVICING, LP.,**

      **Defendants.**

## NOTICE OF APPEARANCE

Leonard A. Bennett, Esq., of Consumer Litigation Associates, P.C., 763 J. Clyde Morris Blvd., Suite 1-A, Newport News, VA 23601 hereby notes his appearance as counsel in this case on behalf of the Plaintiffs.

Please copy him with all matters in this case.

                                                **ROBERT BROOKING, et al**
                                                *Individually, and on behalf of all others*
                                                *similarly situated*

                                                _____/s/_____
                                                Leonard A. Bennett, Esq.
                                                VSB #37523
                                                Attorney for Plaintiff
                                                CONSUMER LITIGATION
                                                ASSOCIATES, P.C.
                                                763 J. Clyde Morris Boulevard, Suite 1-A
                                                Newport News, Virginia 23606
                                                (757) 930-3660 - Telephone
                                                (757) 930-3662 – Facsimile
                                                E-mail: lenbennett@clalegal.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 8th day of May 2013, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification to the following:

Anand Vijay Ramana
McGuire Woods LLP (DC)
2001 K Street NW
Suite 400
Washington, DC 20006-1040
Email: aramana@mcguirewoods.com

Matthew Stephen Sheldon
Goodwin Procter LLP (DC)
901 New York Ave NW
9th Fl East
Washington, DC 20001
Email: msheldon@goodwinprocter.com

                                                         /s/
                                      Leonard A. Bennett, Esq.
                                      VSB #37523
                                      Attorney for Plaintiff
                                      CONSUMER LITIGATION
                                      ASSOCIATES, P.C.
                                      763 J. Clyde Morris Boulevard, Suite 1-A
                                      Newport News, Virginia 23606
                                      (757) 930-3660 - Telephone
                                      (757) 930-3662 – Facsimile
                                      E-mail:  lenbennett@clalegal.com