UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

**ROBERT BROOKING, SUSAN BROOKING,**
**CARRIE LEE ARTHUR, NICOLE SHARRETT,**
*Individually, and on behalf of all others*
*similarly situated*,

       **Plaintiffs,**

v.                                          Civil Action No: 1:10-cv-01360-JCC-TCB

**BANK OF AMERICA, N.A. and**
**BAC HOME LOAN SERVICING, LP.,**

       **Defendants.**

## AMENDED - NOTICE OF APPEARANCE

Leonard A. Bennett, Esq., of Consumer Litigation Associates, P.C., 763 J. Clyde Morris Blvd., Suite 1-A, Newport News, VA 23601 hereby notes his appearance as counsel in this case on behalf of the Plaintiffs, ROBERT BROOKING, SUSAN BROOKING, CARRIE LEE ARTHUR and NICHOLE SHARRETT.

Please copy him with all matters in this case.

                                        **ROBERT BROOKING, SUSAN**
                                        **BROOKING, CARRIE LEE ARTHUR,**
                                        **NICOLE SHARRETT, et al**
                                        *Individually, and on behalf of all others*
                                        *similarly situated*

                                        _____/s/_____
                                        Leonard A. Bennett, Esq.
                                        VSB #37523
                                        Attorney for Plaintiff
                                        CONSUMER LITIGATION
                                        ASSOCIATES, P.C.
                                        763 J. Clyde Morris Boulevard, Suite 1-A
                                        Newport News, Virginia 23606
                                        (757) 930-3660 - Telephone
                                        (757) 930-3662 – Facsimile
                                        E-mail: lenbennett@clalegal.com

## CERTIFICATE OF SERVICE

      I hereby certify that on the 8th day of May 2013, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification to the following:

Anand Vijay Ramana
McGuire Woods LLP (DC)
2001 K Street NW
Suite 400
Washington, DC 20006-1040
Email: aramana@mcguirewoods.com

Matthew Stephen Sheldon
Goodwin Procter LLP (DC)
901 New York Ave NW
9th Fl East
Washington, DC 20001
Email: msheldon@goodwinprocter.com

                                                  /s/
                                    Leonard A. Bennett, Esq.
                                    VSB #37523
                                    Attorney for Plaintiff
                                    CONSUMER LITIGATION
                                    ASSOCIATES, P.C.
                                    763 J. Clyde Morris Boulevard, Suite 1-A
                                    Newport News, Virginia 23606
                                    (757) 930-3660 - Telephone
                                    (757) 930-3662 – Facsimile
                                    E-mail:  lenbennett@clalegal.com