IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

ROBERT BROOKING, *et al.*,

    Plaintiffs,

v.    Civil Action No. 1:10-cv-1360 (JCC)

BANK OF AMERICA, *et al.*,

    Defendants.

## PROPOSED ORDER

CAME NOW the Plaintiffs, ROBERT BROOKING, SUSAN BROOKING, CARRIE LEE ARTHUR, and NICOLE SHARRETT, by counsel, upon their Consent Motion for Leave to File an Amended Complaint pursuant to Fed. R. Civ. P. 15(a)(2).

UPON CONSIDERATION WHEREOF, and by agreement of counsel for Plaintiff and Defendant, it is hereby,

ORDERED, ADJUDGED and DECREED that the Plaintiff's Consent Motion for Leave to File an Amended Complaint be, and hereby is, GRANTED, and the Amended Complaint is hereby deemed filed. It is, furthermore,

ORDERED that the Defendant shall be granted leave to file its amended answer by and including May 31, 2013.

ENTERED THIS 9th DAY OF MAY, 2013.

                                            /s/
                                  Theresa Carroll Buchanan
                                  United States Magistrate Judge
                                  U.S. Magistrate Judge
                                  Theresa C. Buchanan