AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| Robert Brooking, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:10-cv-1360-JCC |
| Bank of America, N.A., et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Bank of America, N.A. and BAC Home Loan Servicing, LP.

Date: 05/13/2013

/s/ Brian E. Pumphrey
*Attorney's signature*

Brian E. Pumphrey (VSB No. 47312)
*Printed name and bar number*

McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
*Address*

bpumphrey@mcguirewoods.com
*E-mail address*

(804) 775-1000
*Telephone number*

(804) 775-1061
*FAX number*

**CERTIFICATE OF SERVICE**

I certify that on May 13, 2013, I electronically filed the foregoing with the Clerk of this Court using the CM/ECF system, which will send notification of such filing (NEF) to the following:

>Leonard A. Bennett (VSB # 37523)
>Susan M. Rotkis (VSB # 40693)
>CONSUMER LITIGATION ASSOCIATES, P.C.
>763 J. Clyde Morris Boulevard, Suite 1-A
>Newport News, Virginia 23601
>
>Kristi Cahoon Kelly (VSB # 72791)
>J. Chapman Petersen (VSB # 37225)
>Scott A. Surovell (VSB # 40278)
>SUROVELL, MARKLE, ISAACS, & LEVY, PLC
>4010 University Drive, Second Floor
>Fairfax, Virginia 22030

                                               /s/ Brian E. Pumphrey