IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ROBERT BROOKING, et al., ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | Civil No. 1:10-cv-01360-LMB-TCB |
| ) | |
| BANK OF AMERICA, N.A., et al., ) | |
| ) | |
| *Defendants*. ) | |

FILED
MAY 21 2013
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## PROPOSED ORDER

On motion of the Defendants, Bank of America, N.A. and BAC Home Loans Servicing, LP, by counsel, and with the consent of counsel for Plaintiffs, the time for responding not having expired, and good cause having been shown, it is ORDERED that the time within which these Defendants may file their Answer or any other responsive pleadings in the foregoing matter be extended up to and including June 21, 2013.

Entered this 21st day of May, 2013

/s/
Theresa Carroll Buchanan
United States Magistrate Judge
Judge